**Order entered April 21, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00102-CV

## ESTATE OF FREDERIC B. ASCHE, JR., DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-3533-2**

## ORDER

Upon review of the clerk's record in cause no. 05-16-00233-CV, *Baylor University Medical Center v. Asche*, it appears that cause no. 05-16-00233-CV is closely related to this appeal. Accordingly, we **ABATE** this appeal pending resolution of the jurisdictional issues identified by the Court in cause no. 05-16-00233-CV.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE